**91–2573.** In re Investigation of Natl. Union Fire Ins. Co. of Pittsburgh, Pa. *Franklin County*, No. 90AP–812. On motion for leave to exceed page limit in reply brief. Motion denied.
SWEENEY, DOUGLAS and H. BROWN, JJ., dissent.

**92–25.** McCallum v. Am. States Ins. Co. *Lucas County*, Nos. L–90–353 and L–90–354. On motion to dismiss. Motion to dismiss overruled.
RESNICK, J., not participating.

**92–183.** State ex rel. Fowkes v. Marchewka. In Mandamus. On motion to dismiss. Motion to dismiss overruled.
HOLMES, J., dissents.

**92–190.** State ex rel. Vindicator Printing Co. v. Watkins. *Trumbull County*, No. 91–T–4555. On motion for leave to file *amicus* of Beacon Journal Publishing Company et al. Motion granted.

**92–194.** State v. Nicholas. *Warren County*, No. CA91–01–004. On motion for leave to file *amicus* of Ohio Association of Criminal Defense Lawyers. Motion granted.
HOLMES, J., dissents.

**92–241.** Blazic v. Ohio State Dental Bd. *Hamilton County*, No. C–900336. On motion to clarify court order. Motion denied.

**92–281.** State v. Ulis. *Lucas County*, No. L–90–264. On motion to consolidate with 92–526, *State v. Ulis*, Lucas County, No. L–90–264. Motion granted.

**92–286.** Hecht v. Levin. *Cuyahoga County*, Nos. 59445 and 59496. On motion for leave to file *amicus* of Board of Commissioners on Grievances and Discipline et al. Motion granted.
On motion to strike. Motion denied.

**92–480.** Burgess v. Eli Lilly & Co. Certified Question of State Law, No. 91–3718. On request for oral argument. Request granted.

**92–556.** State ex rel. Smith v. O'Connor. In Prohibition. On motion to dismiss and on motion for leave to intervene. Motion to dismiss overruled; motion for leave to intervene granted.
HOLMES, J., dissents.

**92–566.** Graham v. Mengel. On motion for leave to file *amicus* of Ohio Board of Bar Examiners. Motion granted.
MOYER, C.J., and H. BROWN, J., not participating.

**92–625.** Gergely v. Van Voorhis. *Erie County*, Nos. E–90–36 and E–89–10. On motion to remand. Motion granted.
RESNICK, J., not participating.
On motion for leave to supplement the record. Motion granted.
SWEENEY and DOUGLAS, JJ., dissent.
RESNICK, J., not participating.

**92–863.** Greene v. Univ. Hosp. of Cleveland. *Cuyahoga County*, No. 59899. On motion for leave to amend memorandum. Motion granted.

**92–990.** State v. Eberling. *Cuyahoga County*, Nos. 58559 and 58560. On motions for leave to file delayed cross-appeal, for extension, and to withdraw as counsel. Motions granted.

**92–1000.** State ex rel. Ellis v. McGraw–Edison. *Franklin County*, No. 91AP–727. On motion for leave to file record and brief instanter. Motion granted.

**92–1181.** State ex rel. Ohio Mechanical Contracting Industry, Inc. v. Cleveland. In Mandamus. On motions for leave to file *amicus* of Organization of Minority Businesses, Cleveland Business League et al., and Ohio Municipal League et al. Motions granted.

**92–1199.** MCI Telecommunications Corp. v. Limbach. Board of Tax Appeals, No. 88–G–1137. On motions for leave to proceed *pro hac vice* and on motion for leave to substitute certified copies of the record. Motions granted.